**708  GRAND RAPIDS & IND. R. R. CO. vs. CIRCUIT JUDGE** (Osceola),. No. 15486½.

To vacate an order overruling relators' special appeal from the judgment of a justice of the peace, and to reverse said judg- ment.

Order to show cause denied March 12, 1896.

**709  COREY vs. CIRCUIT JUDGE** (Lapeer), No. 12549.

To set aside an order confirming report of commissioners on partition.

Denied March 2, 1892, with costs.

The only question involved was whether the commissioners had fairly and impartially partitioned the property in question..

**710  WILEY vs. CIRCUIT JUDGE** (Tuscola), No. 12050½.

To compel respondent to reopen a decree for sale of land for delinquent taxes, after sale made in May, 1890, and allow relator to file answer.

Order to show cause denied June 10, 1891.

**711  PHELPS vs. CIRCUIT'JUDGE** (Osceola), No. 15410½.

To vacate an order overruling points raised, on special appeal from a Justice Court, and requiring appellant to go to trial upon. the merits.

Order to show cause denied February 18, 1896.